Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| Yi Sun | ) | Case No. _____ |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| The city/state of New York | ) | |
| _____ | ) | |
| **Defendant(s)** | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

FILED IN CLERK'S OFFICE
2023 NOV 17 PM 12: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I.    The Parties to This Complaint

   A.    The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Yi Sun | Yi Sun |
| Street Address | 10 East 116th street, Apt 3A | (temporary accommodation address, |
| City and County | New York , Manhattan | 24 Alpine street, Malden, MA 02148 |
| State and Zip Code | New York, 10029-1061 | |
| Telephone Number | (212) 810- 0556 | (212) 810. 0556 |
| E-mail Address | Sunyi;culture @ yahoo.com | Sunyi;culture @ yahoo.com |

   B.    The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Yi Sun

Case: ; Document 1, filed by Petitioner *Pro Se* Yi Sun

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**

Name — The City of New York

Job or Title *(if known)* — NYC is the most populous city in the united states, but racial discrimination is rampant in the field of law enforcement and justice.)

Street Address — City Hall Park, Broadway,

City and County — New York, Manhatten

State and Zip Code — New York, 10007

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 2**

Name — The State of New York

Job or Title *(if known)* — NYs is a state in the Northeastern united states, but the judicial system in danger of paralysis (include, dereliction of duty, corruption, bribery, breach of privilege and other illegal acts)

Street Address — 28 Liberty Street, 15th floor

City and County — New York, Manhattan

State and Zip Code — New York, 10005

Telephone Number — 1-800-771-7755

E-mail Address *(if known)* —

**Defendant No. 3**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Yi Sun

}

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① On code of 'Stop Hate Crime Acts', provide by 18 U.S. code § 249; ② and pursuant to '28 U.S.C. Section 372(c)' and 'Judicial Disciplinary procedure in the U.S. and its 50 States' and the Judicial conduct and Disability Act of 1980 ('Act'), 28 U.S. C§351-364. Beside, ③ Gross violations of human rights; ④ Principles and Guidelines on Human Right and Human Trafficking, etc; ⑤ the law of 'offences against the person (Amendment) Act 1992'; ⑥ Americans with Disabilities Act of 1990'

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____.

N
A

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____.

Yi Sun

Case: _____; Document 1, filed by Petitioner *Pro Se* Yi Sun on 11/08/2023

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff being duly sworn, deposes and says: Yi Sun is a 'sexual assault survivor', who was the rape victim of repeated sexual assault by the serial rapists (six NYPD cops et al) in the city of New York. I would get the support and justice the survivor deserve. but the victim always was bullied, insulted, harassed and 'threatened with death' by the real criminals and their privileged friends (under a series of unreasonable punishment,) especially during the time of pandemic (covid-19). the severe bullying and discrimination reaches an extreme in the city/state of New York. I got over twice unprovoked assault by a strange black person on 11/5/2020 and 4/30/2021, but the precincts knowingly prevent to make a police complaint report to the injured victim. My many requests to the city/state higher headquarters would disappear or be ignored.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Racism and racial discrimination were in themselves serious violations of human rights; Rape (sexual assault) is a vile and loathsome crime. I always believe that 'in a just society there must be a system whereby people can seek redress through the courts.' Our court must not wrong the rape survivor and palliative rapists. the current stigma despite me doing my best is wrong and must be reversed. ② Since I got sexual assault multiple times in rest, I am under a great pressure in life. the scandal distressed me under a long-term 'rape trauma syndrome'. for the last over ten years, the psychic scar grew into a castle in my wounded heart, and these psychic scars would never heal. ③ these injuries sustained by survivor include: sexual assault; sexual abuse; sexual exploitation; sexual molestation; unspeakable abuse; emotional distress and stress; sleepless; Depression, Anxiety; Broken heart syndrome & excessive sad; post traumatic stress Disorder; loss of enjoyment of life; severe pain and suffering, etc.

Yi Sun

Case: _____; **Document 1, filed by Petitioner** *Pro Se* **Yi Sun**

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

1 am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at exposure to male figures what resemble me perpetrators from the past. these symptoms are consistent with PTSD and let me sad and I feel that my day-in and day-out misery comes from these rapists and I feel the loss of enjoyment of life. Nothing could ever undo the wrong, hurt or cure the pain that these Defendant had inflict on the victim. It's shameful for these Defendants not to apologize and compensate to the rape survivor for their delinquent action and crimes. I request that the Court grant my petition for 'compensation for spiritual damages' and 'Punitive damages Exemplary Damages'. Because it's police's duty to protect residents and people from harm, and the duty is paramount to all the others. cops should be committed not only every resident, but also to judicial system and justice. But the city/state of New York's bias for criminal cops was obvious.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 8, 2023

Signature of Plaintiff        Yi Sun

Printed Name of Plaintiff     Yi Sun

### B. For Attorneys    plaintiff pro se

Date of signing: November 8, 2023

Signature of Attorney

Printed Name of Attorney

Bar Number                                          N

Name of Law Firm                                    A

Street Address

State and Zip Code

Telephone Number

E-mail Address

Yi Sun



**United States Attorney's Office**
*District of Western Washington*



# Civil Rights Complaint Form

The United States Attorney's Office (USAO), in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the District of Washington. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws. The USAO is primarily a litigating office and not an investigative office. The information you provide on this complaint form may be forwarded to the appropriate law enforcement and/or administrative agency at the discretion of this office.

| **Person filing complaint:** Petitioner | **Person/Entity you are filing complaint about:** |
|---|---|
| Yi Sun | The City/State of New York |
| Name | Name of Person or Entity |
| 24 Alpine Street. Malden. MA 02148 | City Hall Park, Broadway |
| | New York, N Y 10007 (212) 788-3000 |
| Address | Address |
| 10 East 116th Street, Apt 3A | 28 Liberty Street, 15th Floor |
| | New York, N Y 10005 1-800-771-7755 |
| Address (Line 2) | Address (Line 2) |
| New York, New York 10029 | New York, N Y 10007 & 10005 |
| City, State          Zip | City, State          Zip |
| Manhattan     212. 810-0556 | Manhattan |
| County          Phone | County          Phone |
| email: sunyiculture @ yahoo.com | email: |

**Nature of Alleged Civil Rights Violation (please check specific area(s) that apply to your complaint):**

☐ Abortion Clinic Access  ☐ Housing Discrimination  ☐ Race/National Origin
☐ Credit/Lending Opportunities  ☒ Human Trafficking  ☐ Religious Liberties
☐ Disability Rights or Access  ☒ Law Enforcement Misconduct  ☐ Voting Rights
☐ Educational Opportunities  ☐ Military/Veteran Status  ☒ Other: sexual assault (rape)
☐ Employment Discrimination**  ☐ Prisoner or Institutionalized Person Rights
☒ Hate Crime
**Note: "Employment Discrimination" includes Immigration Related Unfair Employment Practices

**Please clearly describe the violation of the civil rights laws that you would like to bring to our attention. Include as much information as possible, including the date, place, nature of incident, and contact information for any witnesses (please include copies of supporting documentation, but do not send original documents):**

This petition of verified statement is based on the matters contained herein, on code of 'Stop Hate Crime acts' provided by 18 U.S. Code § 249; and this letter Motion is respectfully request for 'Motion for Summary Judgment' by the 'U.S. Supreme Court'. (In the United States federal courts, summary judgment is governed by federal Rule 56 of the federal Rules of Civil Procedure). Petitioner Pro se is a 'sexual assault survivor', who was the rape victim of repeated sexual assault by the serial rapists (six NYPD policemen et al) in the city of New York in past. I would get the support and justice
<Attach additional page(s) if necessary> the survivor deserve. However, the law has become 'plasticine' in the hands of law-breakers in the city/state of New York. Conversely, the innocent

Case: _____ ; **Document 1, filed by Petitioner** *Pro Se* **Yi Sun**

## Civil Rights Complaint Form

rape victim was bullied, insulted, harassed and 'threatened with death' by the real criminals and their Judge. Friends under a series of unreasonable punishment. Especially during the time of COVID-19, I got over twice unprovoked assault by a strange person on 11/5/2020 and 4/30/2021, because of the assault, the injured back of the head swelled up until current; and I still unable to raise up my left arm (after rotator cuff injury with shoulder dislocation) at the night on 11/5/2020; my injured right hand still always has pain and inflammation in both wrists that prevents me from writing and lifting. the single family's mental suffering and economic hardship continues to this day, as Yi Sun is still anxious to know about the time of full recovery. I am in deep water, and I wish the city/state of New York relevant departments to lend me a hand. But the injured victim never get $1 assistance from CVAP (crime victim assistance program) or other. My request letter (with medical bill) to the local higher headquarters would disappear or be ignored. I had to take the all money from my IRA account to pay the medical expenses and other living expenses. I encountered financial hardship: I pray to God day and night to give my guidance and help the helpless victim through the difficult times. Current I never get $15 assistance from the medical bill. The response I received was chilling.

It is common for police officers or and the legal profession to shield each other from punishment, but the phenomenon (especially Judicial corruption, include 'Judicial fraud' and collusion etc) reaches an extreme in the city of New York. The Mayor Eric Leroy Adam, is an American politician and former police officer, serving as the 110th Mayor of New York City since 2022. His bias for criminal cops and friends was obvious, and his partial attitude called forth a lot of criticism. He elevated many of his friends to powerful positions within the city Government; he even elevated the retired NYPD detective of 'criminal sexual conduct' as a 'NYC Special Commissioner of Investigations'. (the man was the supervisor detective at 72 precinct, he once raped me and extorted sex and money from me in order for me to stay out of jail and keep my child when another rapist reported a false case to sued me (a victim and witness) to ACS.)

At the time, tears streamed down my cheeks as I recounted my unhappy experience again. Nobody understand that the survivor's difficult situation under a fearful life (after the victim of repeated sexual assault was beaten and tortured in mind by these rapists). After I was got sexual assault and sexual abuse by these bad men, the scandal distressed me under a long-term 'rape trauma syndrome'. For the last over ten years, the psychic scar grew into a castle in my wounded heart. those psychic scars weld never heal, I am currently still suffering from difficulty in sleep, having flash-backs and intense psychological distress at exposure to male figures what resemble me perpetrators from the past. These symptoms are consistent with Post Traumatic stress Disorders and let me sad and I feel that my day. in and day. out misery comes from these bad men and I feel the loss of enjoyment of life. 'It's shameful for the defendants not to apologize and compensate to the victim for his/their delinquent action and crimes!

I always believe that 'In a just society there must be a system whereby people can seek redress through the courts.' This current stigma despite me doing my best is wrong and must be reversed. Our court musin't wrong innocent people and palliative enemies. 'what I require is, that justice be done!

Wherefore, the petitioner prays that the court grant my petition with Motion, and that I have such other and further relief as may be just and proper.

Respectfully submitted

Yi Sun
the petitioner: Yi Sun  Pro se

Dated: November 8, 2023
Boston, Massachusetts,