UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YI SUN,<br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK and THE STATE OF NEW YORK,<br>Defendants. | Civil Action No.<br>23-12705-NMG |

## ORDER OF DISMISSAL

**GORTON, J.**

For the reasons stated in the February 20, 2024 Memorandum and Order, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

Dated: 02/20/2024

/s/ Nathaniel M. Gorton
United States District Judge