Case Number: **1:23-cv-12705**; Document 10, filed by Plaintiff-Petitioner *Pro Se* Yi Sun on 02/27/2024

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**YI SUN,**

    Plaintiff-Petitioner *Pro Se*

                      **Case No. 1:23-cv-12705**

 -against-

                      **NOTICE of MOTION**
                      **TO REARGUE etc**

**The City of New York &**
**The State of New York**
(include the judiciary in the City/State of New York)
        Defendant-Respondent(s)

___

**To 'U.S. District Court for the District of Massachusetts'**: ss:

**PLEASE TAKE NOTICE** that the Plaintiff-Petitioner *Pro Se* Yi Sun would filed a 'Notice of Motion to Reargue' and 'Notice of Motion for 'reconsideration application' in the same District Court by the same 'Presiding Judge' (Honorable Nathaniel M. Gorton) after Yi Sun received a mail with a copy of last Order from the Clerk Office at night on February 24, 2024 (Saturday). The last Orders/Decisions/Judgments or and rulings and actions on the said verdict which was "filed and entered on or about February 20, 2024 in the Clerk's Office, in Boston, State of Massachusetts.
  The last Order entered "ORDER DISMISSING CASE" with '**MEMORANDUM AND ORDER**' by 'Judge Nathaniel M. Gorton' on February 20, 2024 in Clerk Office (U.S. District Court for the District of Massachusetts); "served with Notice of Entry" February 24, 2024.
  As a most vulnerable group, the helpless Petitioner *Pro Se* Yi Sun respectfully request that the senior Judge give the innocent rape victim/survivor this final opportunity to provide/show factual evidence to support my claims at the Court in Boston.
  Respectfully submitted

Dated: February 27, 2024
   Manhattan, New York

                  Yi Sun *Yi Sun*
             Plaintiff-Petitioner *Pro Se*: Yi Sun
             10 East 116th Street, Apt 3A
             New York, NY10029-1061
             Call: 212-810-0556
             Email:sunyiculture@yahoo.com

**To: Honorable Clerk, Clerk of Court,**
   United States District Court, District of Massachusetts
   1 Courthouse Way,
   Boston, Massachusetts 02210

To All Defendant-Respondents by United States Mail with First Class

To: New York City Law Department
   (Attorney for Defendants 'the City of New York')
   100 Church Street, 4th Floor
   New York, NY 10007

To: Office of 'New York State Attorney General'
   (Attorney for Defendants 'the State of New York')
   28 Liberty Street, 15th Floor
   New York, NY 10005